Anton A. Ewing (not an attorney)
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in pro per

**FILED**

JUL **2 1** 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ᴅᴍ                          DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA   933

|  |  |
|---|---|
| Anton A. Ewing, an individual | Civil Case No. **23-cv-0993-BAS WVG** |
| Plaintiff, | **NOTICE OF MOTION** |
|  | **MOTION FOR SANCTIONS** |
| vs. | Date: NA |
|  | Time: NA |
| **Premium Merchant Funding One, LLC**. | *The Honorable Judge Gallo* |
| Defendant. | NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

Plaintiff Anton A. Ewing gives notice that he is hereby filing this motion to request an order from Magistrate Judge Gallo sanctioning attorney Zachary Frampton. Per conference call with chambers, Plaintiff was expressly authorized to file this motion without a hearing date.

Dated:  July 21, 2023

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff
Pro per

23CV0933

Anton Ewing (not an attorney)
3077 B Clairemont Drive #372
San Diego, CA 92117
619-719-9640

Plaintiff In *Pro Per*

# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Anton A. Ewing, an individual

      Plaintiff,

    vs.

Premium Merchant Funding One, LLC.

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. **23-cv-0933-BAS WVG**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SANCTIONS**

Date: NA
Time: NA

**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**

1.    Plaintiff Anton Ewing ("Ewing") hereby respectfully moves the Honorable Magistrate Judge Gallo to sanction Defendant and attorney Zachary Frampton.

2.    This is the fourth TCPA lawsuit that Plaintiff has had to file against this Defendant to stop them from telemarketing harassment.

23CV0933

3.    Both chamber rules[1] and Civil Local Rule 2.1 require[2], in fact mandate, civility in all litigation conduct.  Attorney Frampton has violated this rule repeatedly throughout this litigation.

4.    Civil Local Rule 2.1(3)(f) states "We expect lawyers to be accurate in written communications intended to make a record."

5.    Civil Local Rule 2.1(2)(g) states "We expect lawyers to discourage and refuse to accept a role in litigation that is meritless or designed primarily to harass or drain the financial resources of the opposing party."

6.    Mr. Frampton has engaged in the following conduct which needs an order from Judge Gallo to get him to stop it:

   a.    Whenever Plaintiff asks Mr. Frampton to meet and confer, as is required by chamber rules, Mr. Frampton needs to respond, promptly, with a date and time to meet and confer.  The docket is riddled with declarations from Plaintiff that demonstrate and

---

[1] The Court expects all counsel and parties to be courteous, professional, and civil at all times to opposing counsel, parties, and the Court, including all court personnel. Counsel may expect such from the Court and the Court expects such from counsel. Professionalism and civility—in court appearances, communications with chambers, and written submissions—are of paramount importance to the Court. Personal attacks on counsel or opposing parties will not be tolerated under any circumstances.

[2] We expect lawyers to treat adverse witnesses, litigants and opposing counsel with courtesy, fairness and respect

23CV0933

evidence Mr. Frampton continued and repeated behavior wherein he refuses to meet and confer.

b. Mr. Frampton refused to provide Plaintiff with open and available dates for the deposition of his client. Mr. Frampton repeatedly forces Plaintiff to guess at a date and then Mr. Frampton, after much delay, then says that that date is not available. This rude behavior and absolute gamesmanship must stop. Mr. Frampton must be ordered to provide open and available deposition dates promptly.

c. Mr. Frampton has cried foul about costs of litigation relative to the amount in controversy in this lawsuit. Then, Mr. Frampton turns right around and refuses to stipulate to remote video depositions, thus requiring Plaintiff to fly to New York to depose material witnesses. Defendant and/or Mr. Frampton should either be ordered to pay for all the costs of depositions in New York or be ordered to conduct depositions via remove zoom.

d. Mr. Frampton was asked by Plaintiff to cease and desist from making derogatory and unprofessional remarks at Plaintiff in his pleadings and in the presence of court staff. Mr. Frampton refused to refrain and stated that he would continue to make derogatory

23CV0933

remarks and slanderous statements about Plaintiff.  Judge Gallo is
requested to order Mr. Frampton to cease and desist from making
derogatory or other unprofessional comments or statements about
Plaintiff.

7.  Chamber rules[3] prohibit attaching email correspondence to pleadings;
however, Plaintiff will produce, if requested, all correspondence to prove
that the above listed violations and accusations are true and accurate.

8.  On July 17, 2023, without permission, Mr. Frampton sent an email to
Judge Gallo.  This directly violated Judge Gallo's crystal-clear chamber
rule.  Mr. Frampton engaged in this same kind of conduct in the prior
cases, including at least one instance of an ex parte communication with
the judge.  Mr. Frampton needs to be expressly and clearly ordered to
cease and desist from this conduct in the future and that a future violation
will result in *sua sponte* severe sanctions.

9.  The settlement agreement provides that Defendant shall not be allowed to
seek attorney fees under any circumstance no matter what.  Yet, Mr.

---

[3] Letters, faxes, or emails. Letters, faxes, or e-mails to chambers are disfavored unless specifically requested by the
Court. If letters, faxes, or emails are requested, copies of the same must be simultaneously delivered to all counsel.
Copies of correspondence between counsel should not be sent to the Court.

23CV0933

Frampton continues to repeatedly threaten Plaintiff with attorney fees[4].
Mr. Frampton should be ordered to cease and desist from making such
threats.

10. Mr. Frampton, with only 10 minutes notice via email, has threatened to
call chambers without Plaintiff if Plaintiff does not comply with his
demands.  This conduct is unprofessional and unfair.  Judge Gallo is
requested to order Mr. Frampton to act professionally and not make
unreasonable demands upon Plaintiff.

11. Plaintiff asked Mr. Frampton to stipulate to a brief extension of time on
his motion to dismiss.  LR 2.1 requires these kinds of accommodations.
Mr. Frampton responded that he has never before refused such a request
but that this would be his first time refusing.   Mr. Frampton should be
order to accommodate Plaintiff with a reasonable continuance of the
motion to dismiss date so that the District Court can hear a motion that
will likely save the District Court countless hours on said motion to
dismiss.

12. Mr. Frampton stated to Judge Gallo's law clerk that the parties conducted
a meet and confer while at the 26f conference regarding Defendant's
intended motion to dismiss and motion to stay.  That was a false

---

[4] Email dated 7/17/2023 at 7:37PM.

23CV0933

statement by Mr. Frampton.  Plaintiff can in fact prove that.  If Judge

Gallo wishes to receive evidence of this false statement made by Mr.

Frampton, Plaintiff will gladly produce such evidence.  Notwithstanding,

Judge Gallo's law clerk did in fact order Mr. Frampton to meet and

confer with Plaintiff immediately after the conference call with

chambers.  The fact that Mr. Frampton would even assert such a blatant

lie to the Court's law clerk is deeply concerning.

Respectfully submitted.

Dated:  July 21, 2023

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff

23CV0933

# PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and have served on Defendant as follows:

**23-cv-0933-BAS-WVG Notice has been electronically mailed to:**

I have also mailed a copy of this document to Defendant.

HOLLAND & KNIGHT LLP
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

and by US Mail, postage pre-paid, first class to:

HOLLAND & KNIGHT LLP
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

As well as all other CM/ECF users registered in this matter.

The parties a have agreed and stipulated to email service via pdf file.

I swear under penalty of perjury that the above was served as stated.
Dated: July 21, 2023

/S/ Anton Ewing
Anton Ewing

MOTION FOR SANCTIONS - 8

23CV0933