UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                      Plaintiff,<br><br>v.<br><br>PREMIUM MERCHANT FUNDINGONE, LLC,<br><br>                      Defendant. | Case No.: 3:23-cv-00933<br><br>**ORDER GRANTING MOTION TO DISMISS AND DENYING REQUEST TO TAKE JUDICIAL NOTICE AS MOOT** |

     For the reasons stated on the record, the Court GRANTS Defendant Premium Merchant Funding, LLC's motion to dismiss Plaintiff Anton A. Ewing's complaint for failure to state a claim. Specifically, the Court DISMISSES Plaintiff's 47 U.S.C. § 227(c) claim with prejudice and the Court DISMISSES Plaintiff's 47 U.S.C. § 227(b) with leave to amend. Plaintiff has until close of business on February 7, 2024 to file an amended complaint regarding his 47 U.S.C. § 227(b) claim. If Plaintiff submits an amended complaint, the Court will *sua sponte* review the amended complaint to evaluate whether Plaintiff has plead sufficient facts to plausibly state a claim for relief under 47 U.S.C. §

1

227(b). If the Court finds that Plaintiff has failed to remedy the problems in his pleadings, the Court will provide the parties with its tentative ruling and afford Plaintiff the opportunity to respond. Failure to file an amended complaint by February 7, 2024, however, will result in dismissal of this action.

The Court also DENIES as MOOT Plaintiff's Request for Judicial Notice [Dkt. 40] on the grounds that the Court did not rely on these documents in reaching its decision.

**IT IS SO ORDERED**.

Dated: January 24, 2024

_____
Honorable Jinsook Ohta
United States District Judge